# CLIFTON BUDD & DEMARIA, LLP
### ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
COUNSEL  
E-MAIL: IAPOULOS@CBDM.COM

November 18, 2022

**VIA ECF**  
Hon. Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square, Room 2103  
New York, New York 10007



Re: *Breshanaj v. Silverstone Property Group, LLC et al.*  
22-cv-09293-KPF

Dear Judge Failla:

This firm represents Defendants in the above-referenced action. Pursuant to Paragraph 2(D) of Your Honor's Individual Rules of Practice in Civil Cases, Defendants respectfully request that Your Honor extend the deadline to move, answer, or otherwise respond to the Complaint from Tuesday, November 22, 2022, through and including Thursday, December 22, 2022. This extension is necessary for the Defendants to investigate the facts and circumstances of the Plaintiff's Complaint.

Counsel for the Plaintiff consents to this request. Defendants have not requested any other extensions or adjournments. No other dates will be affected should the Court grant this request.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for the Defendant*  
By: _____  
Ian-Paul A. Poulos

cc: All Counsel of Record

Application GRANTED.  Defendants shall file an answer or otherwise respond to the Complaint on or before **December 22, 2022.**

The Clerk of Court is directed to terminate the motion at docket entry 7.

Dated:     November 21, 2022             SO ORDERED.
           New York, New York

                                         HON. KATHERINE POLK FAILLA
                                         UNITED STATES DISTRICT JUDGE