# CLIFTON BUDD & DeMARIA, LLP

## ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING
350 FIFTH AVENUE, 61ST FLOOR
NEW YORK, NY 10118

TEL (212) 687-7410
FAX (212) 687-3285
www.cbdm.com

IAN-PAUL A. POULOS
COUNSEL
E-MAIL: IAPOULOS@CBDM.COM



July 31, 2023

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

      Re:    *Breshanaj v. Silverstone Property Group, LLC et al.*
           22-cv-09293-KPF

Dear Judge Failla:

    This firm represents Defendants in the above-referenced action. The Defendants write with Plaintiff's consent to report that this case has settled. The Parties respectfully request that all deadlines be adjourned *sine die* pending submission of their forthcoming executed settlement agreement for approval.

    Thank you for Your Honor's time and consideration.

           Respectfully submitted,

           CLIFTON BUDD & DeMARIA, LLP
           *Attorneys for the Defendants*

           By: _____
              Ian-Paul A. Poulos

cc:    All Counsel of Record

The Court understands from the above submission that the parties
have reached a settlement in this case.  Accordingly, the
parties are instructed to file their completed settlement
agreement along with a joint letter regarding the fairness of
the settlement agreement on or before **August 31, 2023,** for this
Court's review in accordance with the FLSA and Second Circuit
law.  *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F.3d 199
(2d Cir. 2015).

The Clerk of Court is directed to terminate all pending motions
and adjourn all remaining dates.


Dated:      August 1, 2023                SO ORDERED.
            New York, New York

                                          HON. KATHERINE POLK FAILLA
                                          UNITED STATES DISTRICT JUDGE