# CLIFTON BUDD & DEMARIA, LLP
ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
COUNSEL  
E-MAIL: IAPOULOS@CBDM.COM

August 31, 2023

**VIA ECF**  
Hon. Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square, Room 2103  
New York, New York 10007



MEMO ENDORSED

Re: *Breshanaj v. Silverstone Property Group, LLC et al.*  
22-cv-09293-KPF

Dear Judge Failla:

This firm represents Defendants in the above-referenced action. The Defendants write with Plaintiff's consent to respectfully request, pursuant to Paragraph 2(D) of Your Honor's *Individual Rules*, that Your Honor extend the deadline for the Parties to submit their settlement agreement for the Court's review from August 31, 2023, through and including September 14, 2023. Given the Labor Day holiday, the parties require additional time to finalize the agreement and collect signatures.

This is the first request for an extension of this deadline. Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP  
*Attorneys for the Defendants*

By: _____  
Ian-Paul A. Poulos

cc: All Counsel of Record

Application GRANTED.  The deadline for the parties to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement for this Court's review in accordance with the FLSA and Second Circuit law, *see, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015), is hereby ADJOURNED to **September 14, 2023.**

Dated:     September 6, 2023          SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE