# CLIFTON BUDD & DEMARIA, LLP
ATTORNEYS AT LAW

THE EMPIRE STATE BUILDING  
350 FIFTH AVENUE, 61ST FLOOR  
NEW YORK, NY 10118

TEL (212) 687-7410  
FAX (212) 687-3285  
www.cbdm.com

IAN-PAUL A. POULOS  
COUNSEL  
E-MAIL: IAPOULOS@CBDM.COM

September 14, 2023

**VIA ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007



Re:  *Breshanaj v. Silverstone Property Group, LLC et al.*
22-cv-09293-KPF

Dear Judge Failla:

    This firm represents Defendants in the above-referenced action. The Defendants write with Plaintiff's consent to respectfully request, pursuant to Paragraph 2(D) of Your Honor's *Individual Rules*, that Your Honor extend the deadline for the Parties to submit their settlement agreement for the Court's review from September 14, 2023, through and including September 22, 2023. The parties have finalized their agreement and are circulating it for signatures.

    This is the second request for an extension of this deadline. Thank you for Your Honor's time and consideration.

Respectfully submitted,

CLIFTON BUDD & DeMARIA, LLP
*Attorneys for the Defendants*

By:_____
Ian-Paul A. Poulos

cc:    All Counsel of Record

Application GRANTED. The Court is in receipt of Defendants' above request for an extension of time for the parties to file their settlement agreement (Dkt. #23) as well as Plaintiff's request for approval of the settlement (with the associated settlement agreement, signed by Plaintiff only, attached) (Dkt. #24), both filed September 14, 2023.

The Court hereby ORDERS the parties to file a *joint* letter regarding the fairness of the settlement agreement as well as the fully-executed copy of the settlement agreement on or before **September 22, 2023**. The Court will evaluate the fairness of the settlement on the basis of the parties' joint submission, disregarding Plaintiff's September 14, 2023 submission.

The Clerk of Court is directed to terminate the motions pending at docket entries 23 and 24.

Dated:   September 15, 2023         SO ORDERED.
         New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE